IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| NOSTRUM LABORATORIES, INC., and NOSTRUM PHARMACEUTICALS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 16-01040-CV-W-ODS |
| BALBOA CAPITAL CORPORATION, | ) ) | September 7, 2018 |
| Defendant. | ) ) | |

**AMENDED JUDGMENT IN A CIVIL CASE**

<u>X</u>    Jury Verdict.   This action came before the Court for a trial by jury.

\_\_\_    Decision by Court.   This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdicts rendered on August 8, 2018, the jury found in favor of Nostrum on all claims as set forth in Verdict Form A, B, C, D, E, F, and G.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to the jury's verdicts and Rule 57 of the Federal Rules of Civil Procedure, the Court amends the judgment on Plaintiffs' declaratory judgment claim, and declares and orders as follows:

(1) Plaintiff Nostrum Laboratories, Inc. has the right to acquire all items financed by Defendant under the Master Lease Agreement (Lease No. 140869-001) and Lease Schedules (Lease Nos. 140869-002, -003, -004, -005, -006, and -007) in exchange for the payment of a nominal sum for each schedule.

(2) Upon Nostrum Laboratories's tender of $1.00 for the Master Lease Agreement and $1.00 for each Lease Schedule, for a total of $7.00, to Defendant, Nostrum

Laboratories shall be the rightful owner of all items referenced, financed, or otherwise procured through the Master Lease Agreement and Lease Schedules, and Defendant shall release all liens and other security interest filings in effect, and issue bills of sale.

(3) Except for the nominal fee set forth supra, paragraph 2, Plaintiffs owe no further amounts to Defendant under the Master Lease Agreement and Lease Schedules.

IT IS ORDERED AND ADJUDGED that pursuant to the parties' stipulation and Rule 54(d) of the Federal Rules of Civil Procedure, the Court awards attorneys' fees and expenses in the amount of $429,305.95 to Plaintiffs.

Date: September 7, 2018

PAIGE WYMORE-WYNN
Clerk of Court

s/ TRACEY RICHARD
By: Tracey Richard, Courtroom Deputy